**Fill in this information to identify the case:**

Debtor 1  Paul Bottelo Barrera

Debtor 2  Vicky Lynn Anthony Barrera
(Spouse, if filing)

United States Bankruptcy Court for the:  Southern District of Texas

Case number  17-31565

# Official Form 410S2
## Notice of Postpetition Mortgage Fees, Expenses, and Charges  12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:** U.S. Bank Trust N.A., as Trustee of the Igloo Series III trust

**Court claim no.** (if known): 17

**Last 4 digits** of any number you use to identify the debtor's account:  1 2 1 2

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☑ No

☐ Yes.  Date of the last notice: _____

### Part 1: Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case or ruled on by the bankruptcy court.

| Description | Dates incurred | | Amount |
|---|---|---|---|
| 1. Late charges | | (1) | $ |
| 2. Non-sufficient funds (NSF) fees | | (2) | $ |
| 3. Attorney fees | | (3) | $ |
| 4. Filing fees and court costs | | (4) | $ |
| 5. Bankruptcy/Proof of claim fees | | (5) | $ |
| 6. Appraisal/Broker's price opinion fees | | (6) | $ |
| 7. Property inspection fees | | (7) | $ |
| 8. Tax advances (non-escrow) | | (8) | $ |
| 9. Insurance advances (non-escrow) | Forced Placed Insurance 6/8/2019 | (9) | $ 1,960.93 |
| 10. Property preservation expenses. Specify:_____ | | (10) | $ |
| 11. Other. Specify:_____ | | (11) | $ |
| 12. Other. Specify:_____ | | (12) | $ |
| 13. Other. Specify:_____ | | (13) | $ |
| 14. Other. Specify:_____ | | (14) | $ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

Official Form 410S2          Notice of Postpetition Mortgage Fees, Expenses, and Charges          page 1

| Debtor 1 | Paul | Bottelo | Barrera | Case number (*if known*) 17-31565 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ **Wendy Aguilar**
Signature

Date 10/01/2019

Print: Wendy                Aguilar
       First Name   Middle Name   Last Name

Title: Bankruptcy Specialist

Company: BSI Financial Services

Address: 7505 Irvine Center Drive
         Number          Street
         Irvine                    CA      92618
         City                      State   ZIP Code

Contact phone 949-679-6696                Email _____

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Postpetition Fees, Expenses, and Charges was served on the 8th day of October, 2019. Said Notice was filed electronically. Service was accomplished by the method and to the following as indicated.

By: /s/ Richard Anderson
RICHARD E. ANDERSON
State Bar No. 01209010
4920 Westport Drive
The Colony, Texas 75056
Email: randerson@AndersonVela.com

BY ELECTRONIC NOTICE OR REGULAR FIRST CLASS MAIL, POSTAGE PREPAID:

DEBTOR
Paul Bottelo Barrera
16810 Liles Ct.  (Mailing)
Humble, TX 77396

DEBTOR
Vicky Lynn Anthony Barrera
16810 Liles Ct.  (Mailing)
Humble, TX 77396

DEBTORS' ATTORNEY
J Thomas Black
Attorney at Law
2600 S. Gessner Road, Suite 110
Houston, TX 77063

TRUSTEE
David G Peake
9660 Hillcroft, Suite 430
Houston, TX 77096-3856

U.S. TRUSTEE
US Trustee
515 Rusk Avenue, Ste 3516
Houston, TX 77002

## CREDITOR ATTORNEY

| | | |
|---|---|---|
| Clinton F. Brown<br>Roberts Markel Winberg Butler Hailey<br>2800 Post Oak Blvd.<br>Suite 5777<br>Houston, TX 77056<br>(713) 780-4135<br>(713) 840-9404 (fax)<br>cbrown@rmwbh.com<br>*Assigned: 06/01/2017* | representing | Atascocita Forest Community Association<br>Roberts Markel Weinberg Butler Hailey<br>PC<br>c/o Clinton F. Brown<br>2800 Post Oak Blvd., Suite 5777<br>Houston, TX 77056<br>713-780-4135<br>bankruptcy@rmwbhlaw.com<br>*(Creditor)* |
| Coury Matthews Jacocks<br>James Albertelli PA<br>2201 W Royal Ln<br>Ste 155<br>Irving, TX 75063<br>469-804-8457<br>cjacocks@alaw.net<br>*Assigned: 06/14/2017* | representing | Bank of America, N.A.<br>*(Creditor)* |
| Charles Lester Kennon, III<br>Weinstein Pinson Riley PS<br>6785 S Eastern Ave<br>Ste 4<br>Las Vegas, NV 89119<br>702-438-1048<br>charlesk@w-legal.com<br>*Assigned: 10/30/2017* | representing | CERASTES, LLC<br>C O WEINSTEIN AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>Seattle, WA 98121<br>bncmail@w-legal.com<br>*(Creditor)* |

/s/ Richard E. Anderson
RICHARD E. ANDERSON

Date : 6/4/2019 12:00:00 AM

## Electronic Image Generated for EDI Data

| | |
|---|---|
| Carrier NAIC Code: | |
| InsCo PrintDate: | 01/01/1900 |
| Carrier Cd-Name: | USN - USAA GENERAL INDEMNITY COMPANY |
| Sender Name: | USAA INSURANCE |
| Sender Tax Id: | |

**Borrower Information**

| | |
|---|---|
| Primary Name: | PAUL D BARRERA AND VICKY |
| Alternate Name: | - |
| Mailing Street: | - |
| Mail City,State,Zip: | - |
| Property Street: | 16810 LILES CT |
| Prop City,State,Zip: | HUMBLE,TX  77396 |

**Document Information**

| | |
|---|---|
| Document Type: | RWL-811 DOC TYPE - Renewal Bill |
| Coverage Type: | HOME-811 COV TYPE - Home Owners |
| Cancel Reason: | - |
| Policy No: | |
| Term Dates: | 07/01/2019 To 07/01/2020 |
| Cancel date: | |
| Reinst Date: | |

**Coverage Information**

| | |
|---|---|
| Coverage Amt Opt A: | 298000.00 |
| Premium Amt Opt A: | 1960.93 |
| Amounts Due Opt A: | 1960.93 |
| Deduct Amount: | - |
| Deduct Percent: | - |
| Replacement Cost | - |

**Endorsements Data**

| | | | | | |
|---|---|---|---|---|---|
| Flag 1: | - | Endorse 1: | - | Incl Fl1: | - |
| Flag 2: | - | Endorse 2: | - | Incl Fl2: | - |
| Flag 3: | - | Endorse 3: | - | Incl Fl3: | - |

**Condo data/Flood data**

| | | | |
|---|---|---|---|
| Units in Building: | - | Floors in Building: | - |
| Construction Type: | - | WallsIn Coverage: | - |
| Flood Elevation: | - | Flood Map: | - |
| Rated Flood Zone: | - | Current Flood Zone: | - |
| Grandfather Flag: | - | | |

**Agent Data**

| | |
|---|---|
| Agent Name: | - |
| Agent Phone: | - |
| Agent Address: | - |

**Additional Deductibles Information**

| | | | |
|---|---|---|---|
| Peril Code1: | - | Peril Code2: | - |
| Deduct Amt1: | - | Deduct Amt2: | - |
| Deduct Pct1: | - | Deduct Pct2: | - |

**Mortgagee Data**

| | |
|---|---|
| Mortgagee Clause: | - |