IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 17-31565-H4 |
| **Paul Bottelo Barrera** <br> **Vicky Lynn Anthony Barrera** | |
| | CHAPTER 13 |
| **DEBTORS** | |

### NOTICE OF SCHEDULE OF HOME MORTGAGE PAYMENTS

UNLESS AN OBJECTION IS FILED IN WRITING WITH THE CLERK OF THE COURT WITHIN 21 DAYS OF THE DATE ON WHICH THIS DOCUMENT WAS FILED AND SERVED, THE NOTICE OF SCHEDULE HOME MORTGAGE PAYMENTS WILL BE FINAL AND BINDING ON ALL PARTIES WITHOUT A HEARING AND WITHOUT FURTHER NOTICE.

Notice is hereby given that the following is a schedule of payments made to the mortgage company indicated below during the period beginning December 2020 and ending November 2021.

| Date | Check # | Mortgage Company | Amount |
|---|---|---|---|
| 12/01/2020 | 0802526 | MEB LOAN TRUST IV | $633.93 |
| 01/04/2021 | 0804762 | MEB LOAN TRUST IV | $633.93 |
| 02/01/2021 | 0807151 | MEB LOAN TRUST IV | $633.93 |
| 03/01/2021 | 0809297 | MEB LOAN TRUST IV | $633.93 |
| 04/01/2021 | 0811460 | MEB LOAN TRUST IV | $633.93 |
| 05/03/2021 | 0813720 | MEB LOAN TRUST IV | $633.93 |
| 06/01/2021 | 0815932 | MEB LOAN TRUST IV | $633.93 |
| 07/01/2021 | 0818146 | MEB LOAN TRUST IV | $633.93 |
| 08/02/2021 | 0820410 | MEB LOAN TRUST IV | $633.93 |
| 09/01/2021 | 0822606 | MEB LOAN TRUST IV | $633.93 |
| 10/01/2021 | 0824755 | MEB LOAN TRUST IV | $633.93 |
| 11/01/2021 | 0826866 | MEB LOAN TRUST IV | $633.93 |

RESPECTFULLY SUBMITTED,

/s/David G. Peake
_____
David G. Peake, Trustee
Admissions ID No. 15679500
9660 Hillcroft, Ste 430
Houston, TX  77096
(713)283-5400 Telephone
(713)852-9084 Facsimile

## CERTIFICATE OF SERVICE

      The undersigned does hereby certify that a true and correct copy of the foregoing was sent to all parties as listed below on December 06, 2021, either electronically or via BNC or U.S. First Class Mail.

Paul Bottelo Barrera
Vicky Lynn Anthony Barrera
16810 Liles Ct.
Humble, TX  77396

J THOMAS BLACK
J. THOMAS BLACK, P.C.
14019 SW FREEWAY
SUITE 301 #336
SUGARLAND,  TX  77478-3551

MEB LOAN TRUST IV
SELECT PORTFOLIO SERVICING INC
ATTN REMITTANCE PROCESSING
PO BOX 65450
SALT LAKE CITY, UT  84165-0450


/s/David G. Peake
David G. Peake, Trustee